

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | 11-1637M |
| v. | |
| Byron Mitchell | ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT |
| DEFENDANT(S). | |

Upon motion of __court__, IT IS ORDERED that a detention hearing is set for __July 15__, __2011__, at __3:30__ ☐a.m. / ☒p.m. before the Honorable __Jacqueline Chooljian__, in Courtroom __20__.
312 N. Spring Street, LA, CA 90012

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: __7/14/11__

U.S. District Judge/Magistrate Judge